# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−3 | User: admin | Date Created: 07/17/2024 |
| Case: 24−30303 | Form ID: 318 | Total: 29 |

**Recipients of Notice of Electronic Filing:**
tr      Kara S. Rescia      court@ctmalaw.com
aty      Jesse C. Clark      jclark@recoverylawgroup.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Karli Estelle Wardlaw      14 Ruby St.      New Haven, CT 06515
9483741      Atlantic Collection Agency      Attention: Officer or Manager      194 Boston Rd      East Lyme, CT 06333
9483742      Avant/WebBank      Attention: Officer or Manager      222 North Lasalle St      Suite 1600      Chicago, IL 60601
9483743      Ben Franklin      Attention: Officer or Manager      107 N State Road 135      Greenwood, IN 46142
9483744      Bryant State Bank      Attention: Officer or Manager      P.O. Box 215      Bryant, SD 57221
9483749      CT Braces      Attention: Officer or Manager      1467 Whalley Ave.      New Haven, CT 06515
9483745      Capital One      Attention: Officer or Manager      P.O. Box 30285      Salt Lake City, UT 84130
9483746      Capital One/Walmart      Attention: Officer or Manager      P.O. Box 30285      Salt Lake City, UT 84130
9483747      Christopher J. Smith      CJ's Home Imp. & Management      14 Ruby Street      New Haven, CT 06515
9483748      Credit One Bank      Attention: Officer or Manager      P.O. Box 98873      Las Vegas, NV 89193
9483750      Eastern Account System, Inc.      Attention: Officer or Manager      111 Park Ridge Rd      Brookfield, CT 06804
9483751      FEB Destiny      Attention: Officer or Manager      P.O. Box 4499      Beaverton, OR 97076
9483752      First Premier Bank      Attention: Officer or Manager      P.O. Box 5524      Sioux Falls, SD 57117
9483753      First Savings Bank      Attention: Officer or Manager      P.O. Box 5019      Sioux Falls, SD 57117
9483754      Fortiva      Attention: Officer or Manager      P.O. Box 105555      Atlanta, GA 30348
9483755      Gloabal Lending Services      Attention: Officer or Manager      P.O. Box 10437      Greenville, SC 29603
9483756      Internal Revenue Service      Attention: Officer or Manager      150 Court St      New Haven, CT 06510
9483757      Kohls/Capital One      Attention: Officer or Manager      P.O. Box 3043      Milwaukee, WI 53201
9483758      Midnight Velvet      Attention: Officer or Manager      1112 7th Avenue      Monroe, WI 53566
9483759      Midnight Velvet/Swiss Colony      Attention: Officer or Manager      1112 Seventh Ave      Monroe, WI 53566
9483760      Mohela/Dept. of Education      Attention: Officer or Manager      633 Spirit Drive      Chesterfield, MO 63005
9483761      NMAC      Attention: Officer or Manager      P.O. Box 660360      Dallas, TX 75266
9483762      Portfolio Recovery Associates      Attention: Officer or Manager      120 Corporate Boulevard      Norfolk, VA 23502
9483763      Progressive Leasing      Attention: Officer or Manager      P.O. Box 413110      Salt Lake City, UT 84141
9483764      Rubin & Rothman, LLC      Attention: Officer or Manager      1787 Veterans Memorial Hwy      Islandia, NY 11749
9483765      SmileDirectClub      Attention: Officer or Manager      c/o Healthcare Finance Direct      1201 24th St. Suite B−200      Bakersfield, CA 93301
9483766      Synchrony Bank/Care Credit      Attention: Officer or Manager      P.O. Box 965064      Orlando, FL 32896

TOTAL: 27