# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 1, 2024

In re:
Karli Estelle Wardlaw
Debtor*

Case Number: 24–30303
Chapter: 7

**FINAL DECREE, DISCHARGE OF TRUSTEE,
CANCELLING TRUSTEE'S BOND, AND CLOSING THE CASE**

Pursuant to 11 U.S.C. § 350(a), and based on the record of this case, the Court concludes the estate of Karli Estelle Wardlaw has been fully administered.

Pursuant to 11 U.S.C. § 554(c), unless the court orders otherwise, any property scheduled under 11 U.S.C. § 521(a)(1) not otherwise administered at the time of closing of a case is abandoned to the debtor and administered for purposes of 11 U.S.C. § 350. Accordingly, it is hereby

**ORDERED:** Kara S. Rescia is discharged as the Chapter 7 Trustee of the estate of Karli Estelle Wardlaw; and it is further

**ORDERED:** the Chapter 7 Trustee's bond as it applies to this case is cancelled unless otherwise ordered; and it is further

**ORDERED:** the Chapter 7 case of Karli Estelle Wardlaw is hereby closed.

Dated: August 1, 2024

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form fnldec – gr

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.