# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−3 | User: admin | Date Created: 8/1/2024 |
| Case: 24−30303 | Form ID: fnldec | Total: 29 |

**Recipients of Notice of Electronic Filing:**
tr　　Kara S. Rescia　　court@ctmalaw.com
aty　　Jesse C. Clark　　jclark@recoverylawgroup.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Karli Estelle Wardlaw　　14 Ruby St.　　New Haven, CT 06515
9483741　　Atlantic Collection Agency　　Attention: Officer or Manager　　194 Boston Rd　　East Lyme, CT 06333
9483742　　Avant/WebBank　　Attention: Officer or Manager　　222 North Lasalle St　　Suite 1600　　Chicago, IL 60601
9483743　　Ben Franklin　　Attention: Officer or Manager　　107 N State Road 135　　Greenwood, IN 46142
9483744　　Bryant State Bank　　Attention: Officer or Manager　　P.O. Box 215　　Bryant, SD 57221
9483749　　CT Braces　　Attention: Officer or Manager　　1467 Whalley Ave.　　New Haven, CT 06515
9483745　　Capital One　　Attention: Officer or Manager　　P.O. Box 30285　　Salt Lake City, UT 84130
9483746　　Capital One/Walmart　　Attention: Officer or Manager　　P.O. Box 30285　　Salt Lake City, UT 84130
9483747　　Christopher J. Smith　　CJ's Home Imp. & Management　　14 Ruby Street　　New Haven, CT 06515
9483748　　Credit One Bank　　Attention: Officer or Manager　　P.O. Box 98873　　Las Vegas, NV 89193
9483750　　Eastern Account System, Inc.　　Attention: Officer or Manager　　111 Park Ridge Rd　　Brookfield, CT 06804
9483751　　FEB Destiny　　Attention: Officer or Manager　　P.O. Box 4499　　Beaverton, OR 97076
9483752　　First Premier Bank　　Attention: Officer or Manager　　P.O. Box 5524　　Sioux Falls, SD 57117
9483753　　First Savings Bank　　Attention: Officer or Manager　　P.O. Box 5019　　Sioux Falls, SD 57117
9483754　　Fortiva　　Attention: Officer or Manager　　P.O. Box 105555　　Atlanta, GA 30348
9483755　　Gloabal Lending Services　　Attention: Officer or Manager　　P.O. Box 10437　　Greenville, SC 29603
9483756　　Internal Revenue Service　　Attention: Officer or Manager　　150 Court St　　New Haven, CT 06510
9483757　　Kohls/Capital One　　Attention: Officer or Manager　　P.O. Box 3043　　Milwaukee, WI 53201
9483758　　Midnight Velvet　　Attention: Officer or Manager　　1112 7th Avenue　　Monroe, WI 53566
9483759　　Midnight Velvet/Swiss Colony　　Attention: Officer or Manager　　1112 Seventh Ave　　Monroe, WI 53566
9483760　　Mohela/Dept. of Education　　Attention: Officer or Manager　　633 Spirit Drive　　Chesterfield, MO 63005
9483761　　NMAC　　Attention: Officer or Manager　　P.O. Box 660360　　Dallas, TX 75266
9483762　　Portfolio Recovery Associates　　Attention: Officer or Manager　　120 Corporate Boulevard　　Norfolk, VA 23502
9483763　　Progressive Leasing　　Attention: Officer or Manager　　P.O. Box 413110　　Salt Lake City, UT 84141
9483764　　Rubin & Rothman, LLC　　Attention: Officer or Manager　　1787 Veterans Memorial Hwy　　Islandia, NY 11749
9483765　　SmileDirectClub　　Attention: Officer or Manager　　c/o Healthcare Finance Direct　　1201 24th St. Suite B−200　　Bakersfield, CA 93301
9483766　　Synchrony Bank/Care Credit　　Attention: Officer or Manager　　P.O. Box 965064　　Orlando, FL 32896

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 27